# NO. 12-08-00054-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JEREMY KENNEDY AND MARGARET KENNEDY, APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT OF* |
| *SANDRA RUDMAN, APPELLEE* | § | *RAINS COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellants perfected their appeal on February 1, 2008. Thereafter, the clerk's record was filed on March 24, 2008, making Appellants' brief due on or before April 23, 2008. When Appellants failed to file their brief within the required time, this court notified them on April 30, 2008 that the brief was past due and warned that if no motion for extension of time to file the brief was received by May 12, 2008, the appeal would be dismissed for want of prosecution under Texas Rule of Appellate Procedure 42.3(b). The notice further informed Appellants that the motion for extension of time must contain a reasonable explanation for their failure to file the brief and a showing that Appellee had not suffered material injury thereby.

To date, Appellants have neither complied with or otherwise responded to this court's April 30, 2008 notice. Accordingly, we *dismiss* the appeal *for want of prosecution*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3.(b).

Opinion delivered May 14, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)